HAZEL M. SPIELER, Appellant, *v.* MAE E. BURLEY, Respondent.

Argued June 6, 1945; decided July 19, 1945.

*William J. Maloney* and *Abraham G. Francis* for appellant.
*Kevin McInerney* and *John J. McInerney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.